UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-388-JLT |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM ) PAYMENT IN LIEU OF APPEARANCE AND |
| v. | ) ORDER THEREON |
| Joon Y. Kim, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Joshua Vann, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Joon Y. Kim, that this case shall be resolved by payment of a fixed-sum in lieu of Joon Y. Kim's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Joon Y. Kim agrees to pay a $95.00 fine and $30.00 processing fee, for a total of $125.00 on or before December 1, 2017.  Payment shall be made to the Central Violations Bureau.  Upon payment, the parties agree that the status conference currently scheduled for December 5, 2017 will be vacated, and the Government will move for a dismissal of this case in the interest of justice.

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | Phillip Talbert<br>United States Attorney |
| Date: October 30, 2017 | */s/ Joshua Vann*<br>Joshua Vann<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 30, 2017 | */s/ Andrew Wong*<br>Andrew Wong<br>Assistant Federal Defender<br>Attorney for Defendant<br>Joon Y. Kim |

## **ORDER**

Defendant Joon Y. Kim is ordered to pay a $95.00 fine and a $30.00 processing fee, for a total financial obligation of $125.00. The entire financial obligation must be paid in full by **December 1, 2017**. If Joon Y. Kim has paid his financial obligation in full by December 1, 2017, the status conference scheduled for December 5, 2017 will be vacated and the case will be terminated.

IT IS SO ORDERED.

Dated: **November 1, 2017**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE